United States District Court
Southern District of Texas
**ENTERED**
September 19, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| FREDERICK JALLAH, Plaintiff, | § | CIVIL ACTION NUMBER 4:25-cv-04883 |
| versus | § | JUDGE CHARLES ESKRIDGE |
| FRANK BISGNANO, Defendant. | § | |

**ORDER ADOPTING**
**MEMORANDUM AND RECOMMENDATION**

Plaintiff Fredrick Jallah filed a complaint against Defendant Frank Bisignano, as Commissioner of Social Security, seeking judicial review of a final decision of the Commissioner denying Plaintiff's application for benefits under Title II of the Social Security Act. Dkt 1.

The matter was referred for disposition to Magistrate Judge Christina A. Bryan. Dkt 7. Pending is an unopposed motion to remand filed by the Commissioner. Dkt 17. He requests reversal of the decision by the Administrative Law Judge and remand for further administrative proceedings pursuant to sentence four of 42 USC §405(g). Id at 2–3.

Judge Bryan recommends that the motion to remand be granted and the final administrative decision in this case be reversed and remanded to the Commissioner for further proceedings. Dkt 18 at 2.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC §636(b)(1)(C); see also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir 1989, *per curiam*). The district court may accept any other portions to which there's no objection if satisfied that no

clear error appears on the face of the record. See *Guillory v PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d 1415, 1430 (5th Cir 1996, *en banc)*; see also FRCP 72(b) advisory committee note (1983).

None of the parties filed objections. No clear error otherwise appears upon review and consideration of the Memorandum and Recommendation, the record, and the applicable law.

The Memorandum and Recommendation of the Magistrate Judge is ADOPTED as the Memorandum and Order of this Court. Dkt 18.

The motion by Defendant Frank Bisignano, as Commissioner of Social Security, to remand is GRANTED AS UNOPPOSED. Dkt 17.

The final administrative decision in this case is REVERSED.

This action is REMANDED to the Commissioner of Social Security for further proceedings.

The motion for summary judgment by Plaintiff Fredrick Jallah is DENIED AS MOOT. Dkt 14.

A final judgment will enter separately.

SO ORDERED.

Signed on September 18, 2026, at Houston, Texas.

Honorable Charles Eskridge
United States District Judge